Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
And those similarly situated

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and behalf of all those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STELLAR MUTUAL, INC., a Delaware corporation, and JOHN DOE 1, an unknown business entity,<br><br>　　　　　　Defendants. | Case No.: 8:22-cv-00307-RFR-MDN<br><br>**MOTION FOR CLERK'S DEFAULT** |

**MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT CALLTEND, INC.**

Pursuant to Local Rule 55.1(a)(1) and Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff ALEJANDRO VALLESILLO ("Plaintiff") hereby files a motion for the clerk's entry of default against Defendant STELLAR MUTUAL, INC. In support of this motion, Plaintiff states the following and attaches an affidavit from Plaintiff's attorney ("Javitch Aff.").

1. On August 24, 2022, Plaintiff filed his Complaint, naming Defendant STELLAR MUTUAL, INC., alleging violations of the Telephone Consumer Protection Act (or the "TCPA") 47 U.S.C. § 227.  (Filing No. 1).

2. On August 26, 2022, a process server served a copy of the Summons and Complaint upon Defendant STELLAR MUTUAL, INC. by personal service on VCORP SERVICES, LLC, the registered agent for STELLAR MUTUAL, INC. currently on file with the Delaware Secretary of State's office. (Filing No. 7; Javitch Aff., ¶¶ 5-6.).

3. As of the date of this filing, more than 21 days have passed since serving the Summons and Complaint upon Defendant STELLAR MUTUAL, INC., and Defendant STELLAR MUTUAL, INC. has yet to plead or otherwise respond to this Court according to Fed. R. Civ. P. 12. (Javitch Aff., ¶ 7.).

4. As required by Local Rule 55.1(a)(2), Plaintiff has emailed to the clerk a proposed clerk's entry of default.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter the Clerk's default against Defendant STELLAR MUTUAL, INC. in accordance with Fed. R. Civ. P. 55(a).

Dated: September 20, 2022              Respectfully submitted,

                                       By: /s/ Mark L. Javitch
                                       Mark L. Javitch (CA 323729)
                                       Javitch Law Office
                                       3 East 3rd Ave. Ste. 200
                                       San Mateo, California 94401
                                       Telephone: (650) 781-8000
                                       Facsimile: (650) 648-0705
                                       mark@javitchlawoffice.com

                                       *Attorneys for Plaintiff and the Putative Class*