UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STELLAR MUTUAL, INC., a Delaware Corporation, JOHN DOE, an unknown business entity,<br><br>　　　　　Defendants. | Case No.:  8:22-cv-307-RFR-MDN<br><br>**[PROPOSED] ORDER ENTERING CLERK'S DEFAULT** |

　　　Plaintiff ALEJANDRO VALLESILLO moves for entry of Clerk's default against Defendant STELLAR MUTAL, INC. for failure to respond to this Court's Summons and Complaint that were duly served on August 26, 2022. For good cause shown, the Clerk hereby enters Default against STELLAR MUTUAL INC.

**IT IS SO ORDERED.**

　　　DATED: _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court