IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO<br><br>    Plaintiffs,<br><br>vs.<br><br>STELLAR MUTUAL INC.<br><br>    Defendants. | Case No. 8:22CV307<br><br>**CLERK'S ENTRY OF DEFAULT** |

  The defendant(s) Stellar Mutual Inc., having failed to plead or otherwise defend in this action,

  Now, upon application of the plaintiff(s) and upon affidavit that the time within which the defendant(s) may answer or otherwise respond to the complaint, has expired; and that no answer or other response has been filed, and there has been no extension of such time.

  It is hereby ORDERED, ADJUDGED AND DECREED that default in this action is hereby entered in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

  DATED: September 20, 2022.

                    OFFICE OF THE CLERK

                    By: Laura Monsees
                        Deputy Clerk

Forms-Default_Clerk
Approved: 12/22/14