AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:22-CV-00307-RFR-MDN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* __STELLAR MUTUAL GLOBAL INC__

was received by me on *(date)* __10/13/2022__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __LILLY ASHLEY (MANAGING AGENT)__, who is designated by law to accept service of process on behalf of *(name of organization)* __STELLAR MUTUAL GLOBAL INC C/O VCORP SERVICES, LLC, 1013 CENTRE ROAD, SUITE 403-B, WILMINGTON, DE 19805__ on *(date)* __10/13/2022 AT 1:20 PM__

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/13/2022

_____
Server's signature

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; FIRST AMENDED COMPLAINT WITH JURY DEMAND;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and behalf of all those similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>STELLAR MUTUAL INC, a Delaware Corporation, SEE ATTACHED<br><br>*Defendant(s)* | Civil Action No. 8:22-cv-00307-RFR-MDN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STELLAR MUTUAL GLOBAL INC
VCORP SERVICES, LLC,
1013 Centre Road Suite 403-B,
Wilmington, DE 19805.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/13/2022

*Signature of Clerk or Deputy Clerk*