# AFFIDAVIT OF NON-SERVICE

| Case: 8:22-cv-00307-RFR-MDN | Court: UNITED STATES DISTRICT COURT for the District of | County: Nebraska | Job: 7801510 |
|---|---|---|---|
| **Plaintiff / Petitioner:** ALEJANDRO VALLESILLO, individually, and behalf of all those similarly situated, | | **Defendant / Respondent:** STELLAR MUTUAL INC, a Delaware Corporation, | |
| **Received by:** Esquire Process Servicing, LLC | | **For:** Mark Javitch | |
| **To be served upon:** Daniel Sharbani | | | |

I, Amy Dalessio , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Daniel Sharbani , 20 Gibson Pl 100, Freehold, NJ 07728
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint (Received Oct 13, 2022 at 4:56pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Oct 18, 2022, 2:47 pm EDT at 20 Gibson Pl 100, Freehold, NJ 07728
STE 100 is a Detox center They never heard of Daniel Sharbani

_Amy Dalessio_                    10/19/2022
Amy Dalessio                       Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_[signature]_                      DAISY M PASION
Notary Public                      NOTARY PUBLIC OF NJ
10/19/2022                         Comm # 50148502
Date         Commission Expires    My Commision Exp 1/14/2026

Esquire Process Servicing, LLC
PO Box 131
Lakewood, NJ 08701