AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:22-cv-00307-RFR-MDN

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniel Sharbani was received by me on *(date)* Nov 10, 2022, 12:45 pm.

**[X]** I personally served the summons on the individual at *(place)* 3 Bridgewater Ct, Jackson, NJ 08527 on *(date)* Mon, Nov 14 2022 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/17/2022

_____
*Server's signature*

Amy Dalessio
_____
*Printed name and title*

PO Box 131, Lakewood, NJ 08701
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Nov 14, 2022, 1:46 pm EST at 3 Bridgewater Ct, Jackson, NJ 08527 received by Daniel Sharbani . Age: 50-55; Ethnicity: Middle Eastern; Gender: Female; Weight: 140; Height: 5'5"; Hair: Brown;