AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:22-CV-00307-RFR-MDN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* STELLAR MUTUAL INC.
was received by me on *(date)* 11/18/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ROBIN HUTT-BANKS (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* STELLAR MUTUAL INC. C/O VCORP SERVICES, LLC, 108 W. 13TH STREET, SUITE 100, WILMINGTON, DE 19801 on *(date)* 11/18/2022 AT 2:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/18/2022

_____
*Server's signature*

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT WITH JURY TRIAL DEMANDED;