IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Alejandro Vallesillo<br><br>    Plaintiffs,<br><br>vs.<br><br>Stellar Mutual Global Inc, a Delaware corporation; Daniel Sharbani, an individual; and Stellar Mutual Inc., a Delaware corporation<br><br>    Defendants. | Case No. 8:22CV307<br><br>**CLERK'S ENTRY OF DEFAULT** |

    The defendant(s) Stellar Mutual Global Inc, Daniel Sharbani and Stellar Mutual Inc., having failed to plead or otherwise defend in this action,

    Now, upon application of the plaintiff and upon affidavit that the time within which the defendants may answer or otherwise respond to the complaint, has expired; and that no answer or other response has been filed, and there has been no extension of such time.

    It is hereby ORDERED, ADJUDGED AND DECREED that default in this action is hereby entered in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

    DATED: December 12, 2022.

OFFICE OF THE CLERK

By:    Laura Monsees
        Deputy Clerk

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379