UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>STELLAR MUTUAL INC., a Delaware corporation, STELLAR MUTUAL GLOBAL INC, a Delaware corporation, DANIEL SHARBANI, an individual, and JOHN DOE, an unknown business entity,<br><br>          Defendants. | Case No.: 8:22-cv-00307-MDN<br><br>**[PROPOSED] ORDER** |

    Plaintiff ALEJANDRO VALLESILLO moves the Court unopposed for leave to conduct limited discovery to determine the identity of the class and damages. The Court hereby **GRANTS** the leave requested.

**IT IS SO ORDERED.**

DATED: _____

                                                _____<br>
                                                Honorable Michael D. Nelson<br>
                                                United States Magistrate Judge