

RECEIVED
JAN - 4 2023
CLERK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 JAN -4  AM 11: 05
OFFICE OF THE CLERK

STELLAR MUTUAL GLOBAL INC
c/o VCORP SERVICES, LLC
ATTN: LILLY ASHLEY
1013 CENTRE ROAD, SUITE 403-B
WILMINGTON, DE 19805

Doc#24

8:22CV307

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS



FIRST-CLASS
US POSTAGE (IMI) PITNEY BOWES
ZIP 68508
02 7H
0006074616    DEC 12 2022
$ 000.57⁰

**RETURN TO SENDER**
**NOT AT THIS ADDRESS**

RECEIVED
JAN - 4 2023
CLERK
U.S. DISTRICT COURT



NIXIE        171   DE 1              0012/30/22
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 68102207799        *1119-01459-30-44



68102-7077
19805$1270 C020