## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>STELLAR MUTUAL INC., a Delaware Corporation; STELLAR MUTUAL GLOBAL INC, a Delaware corporation; DANIEL SHARBANI, an individual; and JOHN DOE, an unknown business entity;<br><br>Defendants. | 8:22CV307<br><br>ORDER |

This matter is before the Court after review of Plaintiff's Status Report on Limited Discovery (Filing No. 28) and Corrected Status Report (Filing No. 29).

**IT IS ORDERED:**

**1.** The deadline for Plaintiff to complete the written discovery authorized by the Court's prior Order (Filing No. 26) is **June 20, 2023.**

**2.** On or before **March 13, 2023**, and every 45-days thereafter, Plaintiff shall file a status report regarding the status of discovery.

Dated this 27th day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge