IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>STELLAR MUTUAL INC., a Delaware Corporation, STELLAR MUTUAL GLOBAL INC., a Delaware Corporation, DANIEL SHARBANI, an individual, JOHN DOE, an unknown business entity;<br><br>Defendant. | 8:22CV307<br><br>ORDER |

Pursuant to the notice of settlement (Filing No. 37) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **June 28, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 30th day of March, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge